IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SARAH BURDINE | ) | CASE NO. 3:17-cv-715 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| NAGOYA JAPANESE STEAKHOUSE & SUSHI, LLC | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon the joint motion of the Parties to file their confidential settlement agreement under seal, the Court finds the motion to be well taken and the same is hereby **GRANTED**.

It is hereby **ORDERED** the Parties' confidential settlement agreement can be filed under seal.

Date: 4/2/18

/s/ James G. Carr

Judge James G. Carr